FILED

06/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0259

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 24-0259

BETH CUMMINGS and DENA BURNHAM JOHNSON,

Plaintiffs/Appellants Pro Se,

v.

BOB KELLY, ERIC HINEBAUCH, JOE MCKENNEY, RICK TRYON, and SUSAN WOLFF, in their respective official capacities as COMMISSIONERS OF THE CITY OF GREAT FALLS; DAVID DENNIS, in his official capacity as ATTORNEY FOR THE CITY OF GREAT FALLS; and THE CITY OF GREAT FALLS, a Political Subdivision of the State of Montana,

Respondents/Appellees.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TME TO FILE OPENING BRIEF

Pursuant to the authority granted under Mont. R. App. P. 26(1), Appellants' Unopposed Motion for Extension of Time to File Opening Brief is granted.

Appellants may file and serve their opening brief in this cause on or before Wednesday, July 31, 2024.

DATED this _____ day of June, 2024.

_____
Clerk of Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 26 2024